BEFORE THE FIRST DIVISION, FEBRUARY 17, 1955

**No. 58775.**—M. Adler's Son, Inc., and Daniel F. Young, Inc., et al. *v.* United States, protests 239048–K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58776.**—Wool Distributing Corp. *v.* United States, protest 240136–K (New York).

Opinion by WILSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was dismissed.